E-FILED
Monday, 15 August, 2005 10:51:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:          CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| All Cascino Vaughan Law Office<br>Cases on Attached Exhibit A | ) ) ) | Case No. See Exhibit A |
| VS. | ) ) | |
| METROPOLITAN LIFE INSURANCE<br>COMPANY, ET AL.<br><br>Defendants. | ) ) ) ) | |

### STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

| CASCINO VAUGHAN<br>LAW OFFICES, LTD. | WILDMAN HARROLD ALLEN<br>& DIXON, LLP. |
|---|---|
| By: _____<br>Michael Cascino<br>220 S. Ashland Avenue<br>Chicago, IL 60607<br>(312) 944-0600<br>ATTORNEYS FOR PLAINTIFFS | By: _____<br>Jennifer Johnson<br>225 W. Wacker Dr.<br>Chicago, IL 60606-1229<br>(312) 201-2000<br>ATTORNEYS FOR METROPOLITAN<br>LIFE INSURANCE COMPANY |

*So Ordered*
Charles R. Weiner
7/28/2005

Friday, May 27, 2005                                    **EXHIBIT A**                                        Page 1

| Last | First | SSN | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|------|-------|-----|-------|-------------|--------|--------------|----------|
| Dual | Monte L., Sr. | ███████ | 01-4008 | IL | F | CENTRAL | ROCK ISLAND |
| Fields | William W. | ███-7351 | 95-4029 | IL | F | CENTRAL | ROCK ISLAND |
| Gilbert | Alexander | ███-3501 | 95-4033 | IL | F | CENTRAL | ROCK ISLAND |
| Green | Robert E. | ███-1866 | 99-4077 | IL | F | CENTRAL | ROCK ISLAND |
| Hardy | Robert | ███-6149 | 00C4001 | IL | F | CENTRAL | ROCK ISLAND |
| O'Boyle | Darrell | ███-1480 | 95-4024 | IL | F | CENTRAL | ROCK ISLAND |
| Olson | Rolyn | ███-5188 | 95-4030 | IL | F | CENTRAL | ROCK ISLAND |
| Payne | Lynn V. | ███-9166 | 98-4060 | IL | F | CENTRAL | ROCK ISLAND |
| Thomas | Wayne | ███-7611 | 98-4063 | IL | F | CENTRAL | ROCK ISLAND |
| Yusko | John A. | ███-3251 | 94-4029 | IL | F | CENTRAL | ROCK ISLAND |

**EXHIBIT A**